UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

YUGESHWAR GAINDARPERSAUD,

                                                      Plaintiff,

                                                      Civil Case No.: 1:22-cv-00236
                                                                       (DNH-DJS)

-against-

CITY OF SCHENECTADY, SCHENECTADY POLICE
DEPARTMENT, and BRIAN POMMER,

                                                      Defendant.
_____

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigneds, the attorneys of record for Plaintiff and Defendants in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs or attorneys' fees to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: __7/20__, 2022

_____
Dennis J. Nave, Esq. Bar No. (520690)
Attorneys for Plaintiff
NAVE LAW FIRM
231 Walton Street
Syracuse, New York 13202
Tel: (315) 200-1429
Email: dnave@naveteam.com

DATED: __July 20__, 2022

_____
April J. Laws, Bar No. 517148
Attorneys for *City of Schenectady
and Schenectady Police Department*
JOHNSON & LAWS, LLC
646 Plank Road, Suite 205
Tel: 518-490-6428
Fax: 518-616-0676
Email: ajl@johnsonlawsllc.com

ATTACHMENT B

DATED: _____July 20_____, 2022

*[signature]*

Thomas K. Murphy, Bar No. 506396
Attorneys for *Brian Pommer*
MURPHY BURNS, LLP
407 Albany Shaker Road
Loudonville, New York  12211
Tel:  518-690-0096
Fax:  518-690-0053
Email: tmurphy@murphyburnslaw.com

IT IS SO ORDERED:

*[signature]*

David N. Hurd
U.S. District Judge

Dated: 7-21-2022

**ATTACHMENT B**